UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEONTAY DESHUN HARDY #702823,<br>Petitioner | DOCKET NO. 1:21-CV-04189; SEC P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| TIM HOOPER,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 8), and after an independent review of the record, including written objections filed by Petitioner,[1] and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers, this 16th day of September, 2022.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE

---

[1] The Court interprets Petitioner's letter, Record Document 9, as an untimely objection to the Report and Recommendation.